```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34737
   GERI A COLLINS
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
SSN XXX-XX-0086
```

---
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/20/04 and confirmed on 01/07/05.

   2.  The case was dismissed after confirmation, 02/01/2008.

   3.  The Debtor paid a total of $   5880.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED | 3000.00 | 458.20 | 2481.14 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1918.01 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 8557.67 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 8818.08 | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 305.00 | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 2042.15 | .00 | .00 |
| TELECASH | UNSECURED | 329.23 | .00 | .00 |
| NORTH SHORE GAS | UNSECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 599.37 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 1244.88 | .00 | .00 |

         Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3000.00 | 1918.01 | 21896.38 | .00 | 26814.39 |
| PRINCIPAL PAID | 2481.14 | .00 | .00 | .00 | 2481.14 |
| INTEREST PAID | 458.20 | .00 | .00 | .00 | 458.20 |
| TOTAL PAID | 2939.34 | .00 | .00 | .00 | 2939.34 |

The Debtor's attorney, DAVID M SIEGEL                , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    240.66 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 05/21/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 04 B 34737 GERI A COLLINS
```